**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JIMMY LEE GUEVARA** | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:20-CV-00111 |
| | § | CRIM. ACTION NO. 5:18-CR-628-1 |
| **UNITED STATES OF AMERICA** | § | |

**ORDER**

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 16; Cr. Dkt. 63)[1] recommending that Petitioner Jimmy Lee Guevara's Motion for this Court's Acknowledgment that Petitioner Qualifies for the First Step Act Incentives (Dkt. 15; Cr. Dkts. 60, 61) be denied. The Parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Plaintiff's Motion (Dkt. 15; Cr. Dkts. 60, 61) is DENIED. The Clerk of Court is directed to TERMINATE this action and any pending motions.

IT IS SO ORDERED.

SIGNED this August 9, 2023.

Diana Saldaña
United States District Judge

---

[1] "Dkt." is a citation to Civil Action No. 5:20-CV-111. "Cr. Dkt." is a citation to Petitioner's underlying criminal case: Crim. Action No. 5:18-CR-628-1.